NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
JILL FEENEY (Cal. Bar No. 218506)
Assistant United States Attorney
Deputy Chief, Major Frauds Section
        1100 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone: (213) 894-2429
        Facsimile: (213) 894-6269
        E-mail:    jill.feeney@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN RE APPLICATION OF THE
UNITED STATES FOR AN ORDER
PURSUANT TO 18 U.S.C. § 2703(D)

No. 2:18-MJ-01983

[~~PROPOSED~~] ORDER UNSEALING
DOCUMENTS

For good cause shown, IT IS HEREBY ORDERED THAT:

        The government's application for an order unsealing the

government's 2703(d) application and proposed order, which were filed

under seal on July 31, 2018, as well as the signed order, is GRANTED.

The application and orders shall be unsealed.

August 08, 2018
DATE

HONORABLE JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

**IN CASE OF DENIAL:**

The government's application for an order unsealing the government's 2703(d) application and proposed order, which were filed under seal on July 31, 2018, as well as the signed order, is DENIED.

_____          _____
DATE                                  HONORABLE
                                      UNITED STATES MAGISTRATE JUDGE

Presented by:

_____/s/_____
JILL FEENEY
Assistant United States Attorney